PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA  91364
P.O. Box 4365
Woodland Hills, CA  91365-4365
(818) 227-0100
(818) 227-0637 (facsimile)
cmartin@pralc.com
Authorized Agent for Secured Creditor
B.507-4277.NF

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| In re | ) Bk. No. 6:12-bk-06568-ABB |
| | ) |
| CAROL CARPENTER, | ) |
| | ) WITHDRAWAL OF |
| Debtor. | ) PROOF OF CLAIM |
| | ) (CLAIM NO. 5) |
| | ) |

    Bank of America, N.A., Secured Creditor and holder of a lien on the property described as 34 Sea Island Drive South, Ormond Beach, Florida 32176 withdraws its Proof of Claim No. 5, filed on July 6, 2012, as the subject debt has been forgiven pursuant to the National Mortgage Settlement Extinguishment Program.

Dated: April 4, 2013        By /s/ Lori Reyes
                                     Authorized Agent for Secured Creditor

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Laura Robles, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On April 15, 2013, I served the within WITHDRAWAL OF PROOF OF CLAIM on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Carol Carpenter
34 Sea Island Drive South
Ormond Beach, FL 32176

Avie Meshbesher Croce, Esquire
1301 Beville Road, Suite 8
Daytona Beach, FL 32119

Laurie K. Weatherford
Post Office Box 3450
Winter Park, FL 32790

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2013 at Woodland Hills, California.

/s/Laura Robles