UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

CAROL CARPENTER,

Case No.: 6:12-bk-06568
Chapter 13

Debtor.
_____/

### X  Amended Chapter 13 Plan

Come now, the Debtor, Carol Carpenter, by and through the undersigned attorney, and file this Chapter 13 Plan. The projected disposable income of the debtors is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtors shall pay the following sums to the Chapter 13 Standing Trustee:

Plan Payments

| Payment Number by Months | Amount of Monthly Plan Payment |
|---|---|
| 1 – 6 (June, 2012 – November, 2012) | $56.00 |
| 7 – 18 (December, 2012 – November, 2013) | $112.00 |
| 19-60 (December 2013- May 2017) | $1545.00 |

The Debtors shall pay by **money order**, **cashier's check**, or **wage deduction** to Laurie K Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtors' name and case number must be indicated clearly thereon and received by the due dates for payment established by court order.

### PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Law Office of Avie Croce | $3,000.00 | $50.00 | 1 – 60 |
| Maintenance Fee | $2,700.00 | $50.00 | 7 – 60 |

**Priority claims:**
The fees and expenses of the trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**Secured Claims:**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Bank of America | $174,559.00 | NONE | |
| To be added to the Modified Plan | | | |

**Secured Arrearage:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Bank of America mortgage | $5413.67 | | |
| To be added to Modified Plan. | | | |

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Mortgage to be stripped | | | |
| Bank of America | $58,398.00 | NONE | |

(Motion to Value must be filed consistent with plan treatment.)

**Unsecured Creditors**: whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: __0%__

Property of the Estate revests in the Debtors upon confirmation of the plan.

Dated this __6__ day of __January__, 2014.

_Carol L. Carpenter_
Carol Carpenter


OTHER PROVISIONS:
REGARDING INCOME TAX REFUNDS INCOME TAX RETURNS,
AND/OR INCREASED INCOME:

  The Debtor(s) are required to turn over any and all income tax refunds to the Chapter 13 Standing Trustee for the benefit of the Debtor(s)' general unsecured creditors for the duration of this case. The Debtor(s) shall mail any and all tax refunds to the chapter 13 Standing Trustee's payment address as stated above. The Debtor(s) shall put their name and case number on the face of any refund checks before mailing them to the Trustee.

  The Debtor(s) are required to provide the Chapter 13 Trustee with copies of all income tax returns filed each year and for the duration of this case. The Debtor(s) shall mail/email/fax a copy (do not mail original returns) of their income tax returns each year by April 30th to the Avie Croce via fax: (386) 304-2338; or via email: crocelaw@cfl.rr.com, and to the Chapter 13 Trustee at the address of Post Office Box 3450, Winter Park, FL 32790.

  The debtor(s) are further required to file all tax returns timely and to pay any taxes due for the duration of this case. Proof of payment of all post-petition taxes is required.

  If the Debtor(s)' income increases during the duration of this case, the Debtor(s) must commit the debtor(s) excess income to the Plan for the benefit of the Debtor(s) unsecured creditors.

_Carol L. Carpenter_
Debtor Signature CAROL CARPENTER

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Modify Confirmed Chapter 13 Plan has been provided by electronic transmission and United States first class mail, postage pre-paid on this __6__ day of January, 2014 to the Chapter 13 Trustee and all Creditors listed in the attached matrix.

                                         /s/ Avie Meshbesher Croce
                                         Law Office of Avie Meshbesher Croce
                                         Avie Meshbesher Croce, Esquire
                                         Florida Bar No. 0020519
                                         1301 Beville Road, Suite 8
                                         Daytona Beach, FL  32119
                                         (386) 304-2821 (Telephone)

| | DUE DATE 6/28/2012 Unsecured 60 | | | Debtor Pmt | 10.0% Tee Fee | | ATTY | | ATTY Maintenance | Bank of America | | Bank of America | | | Bank of America Arrearage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/28/2012 | 1 | $0.40 | | $56.00 | $5.60 | | $50.00 | | | | 1 at pay drirect | 1 at strip | | | |
| 7/28/2012 | 2 | $0.40 | | $56.00 | $5.60 | | $50.00 | | | | | | | | |
| 8/28/2012 | 3 | $0.40 | | $56.00 | $5.60 | | $50.00 | | | | | | | | |
| 9/28/2012 | 4 | $0.40 | | $56.00 | $5.60 | | $50.00 | | | | | | | | |
| 10/28/2012 | 5 | $0.40 | | $56.00 | $5.60 | | $50.00 | | | | | | | | |
| 11/28/2012 | 6 | $0.40 | 6 at | $56.00 | $5.60 | | $50.00 | 6 at | | | | | | | |
| 12/28/2012 | 7 | $0.80 | | $112.00 | $11.20 | | $50.00 | | 50.00 | | | | | | |
| 1/28/2013 | 8 | $0.80 | | $112.00 | $11.20 | | $50.00 | | 50.00 | | | | | | |
| 2/28/2013 | 9 | $0.80 | | $112.00 | $11.20 | | $50.00 | | 50.00 | | | | | | |
| 3/28/2013 | 10 | $0.80 | | $112.00 | $11.20 | | $50.00 | | 50.00 | | | | | | |
| 4/28/2013 | 11 | $0.80 | | $112.00 | $11.20 | | $50.00 | | 50.00 | | | | | | |
| 5/28/2013 | 12 | $0.80 | | $112.00 | $11.20 | | $50.00 | | 50.00 | | | | | | |
| 6/28/2013 | 13 | $0.80 | | $112.00 | $11.20 | | $50.00 | | 50.00 | | | | | | |
| 7/28/2013 | 14 | $0.80 | | $112.00 | $11.20 | | $50.00 | | 50.00 | | | | | | |
| 8/28/2013 | 15 | $0.80 | | $112.00 | $11.20 | | $50.00 | | 50.00 | | | | | | |
| 9/28/2013 | 16 | $0.80 | | $112.00 | $11.20 | | $50.00 | | 50.00 | | | | | | |
| 10/28/2013 | 17 | $0.80 | | $112.00 | $11.20 | | $50.00 | | 50.00 | | | | | | |
| 11/28/2013 | 18 | $0.80 | 12 at | $112.00 | $11.20 | | $50.00 | | 50.00 | 17 at | | | 18 at | | |
| 12/28/2013 | 19 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 1/28/2014 | 20 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 2/28/2014 | 21 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 3/28/2014 | 22 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 4/28/2014 | 23 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 5/28/2014 | 24 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 6/28/2014 | 25 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 7/28/2014 | 26 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 8/28/2014 | 27 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 9/28/2014 | 28 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 10/28/2014 | 29 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 11/28/2014 | 30 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 12/28/2014 | 31 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 1/28/2015 | 32 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 2/28/2015 | 33 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 3/28/2015 | 34 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 4/28/2015 | 35 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 5/28/2015 | 36 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 6/28/2015 | 37 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 7/28/2015 | 38 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 8/28/2015 | 39 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 9/28/2015 | 40 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 10/28/2015 | 41 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 11/28/2015 | 42 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 12/28/2015 | 43 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 1/28/2016 | 44 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 2/28/2016 | 45 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 3/28/2016 | 46 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 4/28/2016 | 47 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 5/28/2016 | 48 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 6/28/2016 | 49 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 7/28/2016 | 50 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 8/28/2016 | 51 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 9/28/2016 | 52 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 10/28/2016 | 53 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 11/28/2016 | 54 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 12/28/2016 | 55 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 1/28/2017 | 56 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 2/28/2017 | 57 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 3/28/2017 | 58 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 4/28/2017 | 59 | $1.00 | | $1,545.00 | $154.50 | | $50.00 | | 50.00 | | 1,160.60 | | | | 128.90 |
| 5/28/2017 | 60 | $1.00 | 42 at | $1,545.00 | $154.50 | 60 at | $50.00 | 54 at | 50.00 | 42 at | 1,160.60 | | | 42 at | 128.90 |
| | | $54.13 | | $66,570.00 | $6,657.00 | | $3,000.00 | | $2,700.00 | | $48,745.20 | | | | $5,413.67 |
| | | $40,607.01 | | | | | ATTY | | | | | | | | |
| | | 0% | | | | | | | | | | | | | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:12-bk-06568-ABB<br>Middle District of Florida<br>Orlando<br>Mon Jan  6 12:54:25 EST 2014 | Bank of America, N.A.<br>Bankruptcy Department<br>P.O. Box 26012, NC4-105-02-99<br>Greensboro, NC 27420-6012 | Bank of America, N.A. c/o Prober & Raphael,<br>c/o Dean R Prober<br>20750 Ventura Blvd, Ste 100<br>Woodland Hills, CA 91364-6207 |
| Bank of America, N.A., Successor by Merger t<br>Butler & Hosch, P.A.<br>3185 S. Conway Rd Suite E<br>Orlando, FL 32812-7349 | (p)GREENTREE SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 6154<br>RAPID CITY SD 57709-6154 | Oak Harbor Capital VI, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121-3132 |
| Recovery Management Systems Corp.<br>Attn: Ramesh Singh<br>25 SE Second Avenue, Ste 1120<br>Miami, FL 33131-1605 | United States Trustee - ORL7/13 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2217 | American InfoSource LP as agent for<br>InSolve Recovery, LLC<br>PO Box 269093<br>Oklahoma City, OK   73126-9093 |
| Andreu, Palma & Andreu, PL<br>701 SW 27th Ave.<br>Suite 900<br>Miami, FL 33135-3000 | Asset Acceptance Llc<br>Attention: Bankruptcy<br>Po Box 2036<br>Warren, MI 48090-2036 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank Of America<br>Attn: Correspondence Unit1<br>Po Box 5170<br>Simi Valley, CA 93062-5170 | Bank Of America, N.a.<br>450 American St<br>Simi Valley, CA 93065-6285 | Bank of America, N.A.<br>Bankruptcy Department<br>P.O. Box 26012, NC4-105-02-99<br>Greensboro, North Carolina 27420-6012 |
| Chase<br>P.o. Box 15298<br>Wilmington, DE 19850-5298 | Citifinancial<br>Bsp13a<br>Baltimore, MD 21202 | FIA Card Services, N.A. as successor to<br>Bank of America, N.A. (USA)<br>and MBNA America Bank, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 |
| FLORIDA HOSPITAL OCEANSIDE EKG<br>C/O KEVIN B. WILSON LAW OFFICES<br>2810 WALKER ROAD, SUITE 102<br>CHATTANOOGA, TENNESSEE 37421-1082 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Green Tree Servicing, LLC<br>PO BOX 0049<br>Palatine, IL 60055-0049 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Kevin B. Wilson<br>Law Office<br>PO Box 24103<br>Chattanooga, TN 37422-4103 | Law Office of Jack W Brown<br>PO BOX 5130<br>Sarasota, FL 34277-5130 |
| Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274-0281 | Midland Credit Management<br>PO Box 603<br>Dept 12421<br>Oaks, PA 19456-0603 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 |
| Midwest Collections<br>MediCredit Corp.<br>Po Box 411187<br>St. Louis, MO 63141-3187 | NCO/Collectron Of Atlanta/Ca<br>Attention: Bankruptcy<br>Po Box 82269<br>Conyers, GA 30013-9433 | NCO/Collectron Of Atlanta/Carter-Young<br>Attention: Bankruptcy<br>Po Box 82269<br>Conyers, GA 30013-9433 |

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Fin<br>5312 Brainerd Rd<br>Chattanooga, TN 37411-5327 | Radiology Specialists of FL<br>PO Box 864552<br>Orlando, FL 32886-4414 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Shorecoast ER Services<br>PO Box 8668<br>Philadelphia, PA 19101-8668 | Verizon Wireless<br>Verizon Wireless Department/Attn: Bankru<br>Po Box 3397<br>Bloomington, IL 61702-3397 |
| Volusia County Tax Collector<br>123 West Indiana Avenue<br>Room 103<br>Deland FL 32720-4615 | Avie Meshbesher Croce<br>Avie Meshbesher Croce, P.L.<br>1301 Beville Road Suite 8<br>Daytona Beach, FL 32119-1503 | Carol Carpenter<br>34 Sea Island Dr S<br>Ormond Beach, FL 32176-2169 |
| Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Green Tree Servicing LLC<br>PO BOX 6154<br>Rapid City, SD 57709-6154 | (d)Green Tree Servicing LLC<br>PO Box 6154<br>Rapid City, SD 57709-6154 | Bank Of America<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410 |
| Portfolio Rc<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Oak Harbor Capital VI, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients    1<br>Total                  40 |